IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL SIMON TRUSTEE

**CASE NO** 18-30179
**CHAPTER:** 13

vs

MICHAEL HOLCOMB

**DATE**: May 2, 2018
**PLACE**: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Justin Farishon         Appears

**COUNSEL FOR DEFENDANT:** Ron Buch         Appears

**PROCEEDINGS:** First Amended Objection to Confirmation

**MINUTES OF COURT:**

Case is called for hearing on the trustee's First Amended Objection to Confirmation. The First Amended Objection is resolved by the entry of an agreed order on April 23, 2018.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**