**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: ) | |
| Michael D. Holcomb, ) | In Proceedings Under |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | BK No.: 18-30179 |

## MOTION TO RETAIN

COMES NOW the Debtor, Michael D. Holcomb, by and through his attorneys, Law Office of Ronald A. Buch, LLC and for his motion states as follows:

1. On February 16, 2018, Debtor filed the instant Chapter 13 case.
2. Debtor became unemployed December 2018 and was ineligible for unemployment. He cashed in his Vanguard retirement account and after taxes received a net distribution of $15,369.71.
3. Debtor seeks permission to retain $7,372.00 to pay the following:
    a. Post-petition medical bill of $760.00;
    b. Monthly expenses from December 2018 through February 2019 of $1,864.00 per month as shown on his Schedule J, totaling $5,592.00;
    c. Monthly plan payment from December 2018 through February 2019 of $340.00 per month, totaling $1,020.00.
4. Debtor will submit the remaining $7,997.71 to the Chapter 13 Trustee.

WHEREFORE, the Debtor prays this Court grant him permission to retain $7,372.00 from his Vanguard retirement account, submit $7,997.71 to the Chapter 13 Trustee and for such other relief as the Court deems just and proper.

Michael D. Holcomb,

By: /s/ Ronald A Buch
Ronald A. Buch - #6209955
Kimberly D. Litherland - #6299352
Attorney for Debtor(s)
5312 West Main Street
Belleville, IL  62226
(618) 236-7000