# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>MICHAEL D. HOLCOMB,<br><br>            Debtor. | In Proceedings<br>under Chapter 13<br><br><br>Bk. Case No.:  18-30179 |

## TRUSTEE'S MOTION TO COMPEL DEBTOR TO FILE AMENDED PLAN

COMES NOW Russell C. Simon, duly-appointed Chapter 13 Successor Trustee in the above-captioned case, and moves this Court for an Order compelling Debtor to file an amended plan. In support thereof, the Trustee states:

1. The instant case was filed on February 16, 2018.

2. On March 26, 2019, the Debtor filed a motion seeking to retain $7,372.00 from a retirement account cash-out and submit $7,997.71 to the Trustee.  The Trustee reported that he had no objection to the motion.

3. The motion was granted on April 17, 2019.  The order granting the motion is silent as to the Trustee's ability to disburse the money.

4. The Debtor has turned over the necessary funds to the Trustee.

5. The Trustee requested by electronic mail on March 27, 2019, that an amended plan be filed to provide for disbursement of the amount turned over to the Trustee. To date, no plan has been filed.

Wherefore, Trustee prays this Court for an Order granting the instant Motion and for all other relief this Court deems just and equitable.

Dated:  22 May 2019                                    Respectfully submitted,

<u>/s/RUSSELL C. SIMON</u>
RUSSELL C. SIMON
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 22nd day of May, 2019, with the correct postage prepaid and deposited in the U.S. Mail.

Michael Holcomb
2400 Renois Ln.
Cahokia, IL 62206

Ronald Buch
5312 West Main St.
Belleville, IL 62226

<u>/s/Jeff</u>