# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Michael D Holcomb<br><br>       Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 18–30179–lkg |

## ORDER

    This matter is before the Court on Trustee Russell C Simon's motion to withdraw document #41 Motion to Compel that was filed on 05/22/19. The Court finds good cause to grant the requested relief. Accordingly, **IT IS ORDERED** that the motion to withdraw is **GRANTED** and the document described above is deemed withdrawn.

    Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: June 25, 2019                                               /s/ Laura K. Grandy
                                                                                   UNITED STATES BANKRUPTCY JUDGE