# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Michael D Holcomb

Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–8015

In Proceedings
Under Chapter 7

BK 18–30179–lkg

## ORDER

**IT IS ORDERED** that the Debtor's Motion to Convert is **GRANTED**.   IT IS FURTHER ORDERED that the debtor(s) shall file the Statement of Current Monthly Income and, if applicable, Means Test Calculation within 14 days from the date of this Order. Failure to timely file said statement shall result in this case being dismissed without further notice or hearing.

ENTERED: January 2, 2020

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE