# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: tk | Date Created: 1/2/2020 |
| Case: 18–30179–lkg | Form ID: 329 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr      Robert E Eggmann     reetrustee@carmodymacdonald.com
aty     Ronald Allan Buch     Belleville@tbcwam.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael D Holcomb     2400 Renois Ln     Cahokia, IL 62206–3015
tr      Russell C Simon     Chapter 13 Trustee     24 Bronze Pointe     Swansea, IL 62226

TOTAL: 2