IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 18-30179 |
| Michael D. Holcomb, ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

AMENDED MATRIX

Below is the corrected address for a creditor already listed in this case:

Medstar Ambulance
c/o Wakefield & Associates
10800 E. Bethany Dr. Ste. 450
Aurora, CO 80014

Date: February 5, 2020

/s/ Ronald A Buch
Ronald Buch #6209955
Kimberly D Litherland #6299352
Attorneys for Debtor(s)
5312 West Main Street
Belleville, IL 62226
(618) 236-7000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following concerned individuals in this case via US Mail on this 5th day of February 2020, unless served via electronically.

Medstar Ambulance
c/o Wakefield & Associates
10800 E. Bethany Dr. Ste. 450
Aurora, CO 80014


Served Electronically:
United States Trustee
Robert E. Eggmann, Chapter 7 Trustee

/s/ Alex

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 18-30179 |
| Michael D. Holcomb, ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

## VERIFICATION OF CREDITOR MATRIX

The undersigned hereby verifies that the attached list **correcting** the creditor's addresses is true and correct to the best of my knowledge.

/s/ Ronald A Buch
Ronald Buch #6209955
Kimberly D Litherland #6299352
Attorneys for Debtor(s)
5312 West Main Street
Belleville, IL 62226
(618) 236-7000

Medstar Ambulance
c/o Wakefield & Associates
10800 E. Bethany Dr. Ste. 450
Aurora, CO 80014