# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| MICHAEL D. HOLCOMB, | ) | |
| | ) | BK    18-30179 |
| Debtor. | ) | |
| | ) | |

## MOTION TO REOPEN

COMES NOW the Debtor, Michael Holcomb, by and through his attorneys, Law Office of Ronald A. Buch, L.L.C., and for his Motion to Reopen states as follows:

1. On February 16, 2018, the Debtor filed for relief under Chapter 13 of the Bankruptcy Code.

2. Subsequently, on January 2, 2020, the Debtor converted to a Chapter 7.

3. On April 20, 2020, the Court entered the Order of Discharge.

4. On May 5, 2020, the Court entered the Order Closing Case and closed the Debtor's bankruptcy case.

5. The Debtor requests his case be reopened in order for Debtor's counsel to file a Motion Pursuant to 11 U.S.C. § 524 Seeking Damages from Gateway Foundation, Inc. for Violations of the Discharge Injunction.

6. The Motion Pursuant to 11 U.S.C. § 524 Seeking Damages from Gateway Foundation, Inc. for Violations of the Discharge Injunction has been filed contemporaneously with this Motion.

WHEREFORE, the Debtor prays this Court to enter an Order reopening his Chapter 7 case and for such other relief as the Court deems just and proper.

MICHAEL D. HOLCOMB,

By: /s/ Ronald A. Buch
Ronald A. Buch #6209955
Kimberly D. Litherland #6299352
Attorneys for Debtor
Law Office of Ronald A. Buch, LLC
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000
belleville@tbcwam.com

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | BK | 18-30179 |
| | )  SS | | |
| CITY OF BELLEVILLE | ) | Chapter 7 | |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On July 30, 2020, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court a **Motion to Reopen**.

The Deponent served electronically the **Motion to Reopen** to the following parties:

US Trustee

Robert E. Eggmann

and served by mail to the following parties:

Michael D. Holcomb
2400 Renois Ln.
Cahokia, IL 62206

Gateway Foundation, Inc.
c/o Thomas P. Britton, President & CEO
55 E. Jackson Blvd., Ste. 1500
Chicago, IL 60604

Gateway Foundation, Inc.
c/o C T Corporation System, Reg. Agent
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger