# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| MICHAEL D. HOLCOMB, | ) | |
| | ) | BK    18-30179 |
| Debtor. | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Debtor's Motion to Reopen Case. The Court being fully advised in the premises, IT IS ORDERED that the Motion is GRANTED and this case is reopened for the purpose of allowing the debtor to file a Motion Pursuant to 11 U.S.C. § 524 Seeking Damages from Gateway Foundation, Inc. for Violations of the Discharge Injunction. A review of the docket sheet shows that the Motion was filed on July 30, 2020 (Doc. #82).

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: July 31, 2020

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/7