# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

Bankruptcy Proceeding No. 18–30179–lkg
Chapter No.: 7
Judge: Laura K. Grandy

In re: Michael D Holcomb
       Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–8015

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave, East St Louis, IL 62201
on 8/25/20 at 09:00 AM

to consider and act upon the following:

    Motion for Contempt and/or Sanctions filed by Debtor Michael D Holcomb

Dated: July 31, 2020

| | |
|---|---|
| DIRECT ALL COURT CORRESPONDENCE TO:<br>U.S. BANKRUPTCY COURT<br>750 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201 | Donna N Beyersdorfer<br>Clerk, U.S. Bankruptcy Court |

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited. Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings. When applicable contact the Bankruptcy Clerk's office at (618) 482–9400.