# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: jf | Date Created: 7/31/2020 |
| Case: 18–30179–lkg | Form ID: 269 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Robert E Eggmann | reetrustee@carmodymacdonald.com |
| aty | Ronald Allan Buch | Belleville@tbcwam.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Michael D Holcomb | 2400 Renois Ln | Cahokia, IL 62206–3015 | |
| tr | Russell C Simon | Chapter 13 Trustee | 24 Bronze Pointe | Swansea, IL 62226 |
| cr | Gateway Foundation Inc | Thomas P. Britton, President & CEO | 55 E Jackson Blvd Ste 1500 | Chicago, IL 60604 |
| 4097053 | Gateway Foundation | 3204 Eagle Way | Chicago IL 60678–1032 | |
| | Gateway Foundation Inc | c/o CT Corporation System Reg Agent | 208 S LaSalle St Ste 814 | Chicago, IL 60604 |
| | Gateway Foundation Inc | c/o Thomas P Britton President CEO | 55 E Jackson Blvd Ste 1500 | Chicago, IL 60604 |

TOTAL: 6