# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re:<br><br>MICHAEL D. HOLCOMB,<br><br>Debtor. | BK 18-30179<br><br>In proceedings under Chapter 7<br><br>Honorable Judge Laura K. Grandy |

## NOTICE OF MOTION FOR LEAVE TO FILE RESPONSE

**PLEASE TAKE NOTICE** that on **August 25, 2020, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Laura K. Grandy, or any other Judge sitting in her stead, in the United States Bankruptcy Court, Melvin Price United States Courthouse, 750 Missouri Avenue, East St. Louis, Illinois 62201, and then and there will present the *Motion for Leave to File Response*, (the "Motion"), at which time you may appear.

August 20, 2020

Respectfully submitted,

Gateway Foundation, Inc.
An Illinois Not for Profit Corporation

By: */s/ Daniel A. Zazove*
Daniel A. Zazove (Bar ID: IL 3104117)
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603
312.324.8605

and

E. Rebecca Case (Bar ID: MO 38010)
Stone, Leyton & Gershman
7733 Forsyth Blvd.
Suite 500
St. Louis MO 63105
314.721.7011

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on August 20, 2020, he caused a true and correct copy of the foregoing Notice of Motion**,** and the attached Motion to be served electronically through the Court's CM/ECF electronic noticing system, and via United States Postal Service First Class Mail upon the parties below.

                                        */s/ Daniel A. Zazove*
                                        Daniel A. Zazove

## **SERVICE LIST**

Ronald A. Buch
Kimberly D. Litherland
Law Office of Ronald A. Buch, LLC
5312 West Main Street
Belleville, Illinois 62226

Michael D. Holcomb
2400 Renois Ln.
Cahokia, IL 62206

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| In Re:<br><br>MICHAEL D. HOLCOMB,<br><br>　　　　　　Debtor. | BK 18-30179<br><br>In proceedings under Chapter 7<br><br>Honorable Judge Laura K. Grandy |
|---|---|

### MOTION FOR LEAVE TO FILE RESPONSE

Gateway Foundation, Inc., ("Gateway"), by its undersigned counsel, files this motion (the "Motion") for entry of an order, pursuant to Rule 9013-5(E) of the Local Bankruptcy Rules for the Southern District of Illinois (the "Local Rules"), for leave to file responsive documents more than fourteen (14) days following the filing of the Debtor's Motion Pursuant to 11 U.S.C. §524 Seeking Damages for Violations of the Discharge Injunction (Dkt. #82) (the "Motion for Sanctions"). In support thereof, Gateway respectfully states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. § 1408. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

2. The predicate for the relief requested herein is Local Rule 9013-5(E).

### FACTUAL AND PROCEDURAL BACKGROUND

3. On July 30, 2020, the Debtor filed his Motion for Sanctions.

4. The Debtor served his Motion for Sanctions upon Gateway via its registered agent and at its corporate address.

5. In the midst of the Covid 19 Pandemic, and due to certain riotous events and accompanying citywide restrictions, which took place in downtown Chicago, Gateway instituted

a work from home policy and access to its Chicago office was limited. Delivery of and receipt of its office mail were frequently delayed, as well as the opening and processing of mail.

6. Further, due to certain new policies and procedures implemented by the United States Postal Service, mail delivery has been delayed.

7. Gateway did not actually receive the Motion for Sanctions until August 5, 2020.

8. In addition, the attorneys have contacted Debtor's counsel with a settlement offer but have not yet received a response.

### RELIEF REQUESTED AND BASIS FOR RELIEF

9. Under Local Rule 9013-5(E), "[e]ach party opposing the motion shall file a responsive brief within 14 days after the filing of the movant's brief."

10. Given the extraordinary circumstances which resulted in the Gateway's delayed receipt of the Motion for Sanctions, Gateway respectfully seeks permission from this Court for leave to file its verified response, attached hereto as **Exhibit A**.

### NOTICE

11. Notice of this Motion has been provided to all parties in interest registered to receive electronic notice through the Court's CM/ECF electronic noticing system, including those parties identified in Certificate of Service filed contemporaneously with this Motion.

12. In light of the nature of the relief requested herein, Gateway respectfully submits that such notice is sufficient and that no further notice of this Motion is required.

### NO PRIOR REQUEST

13. No previous request for the relief sought herein has been made to this Court or any other court.

**WHEREFORE**, Gateway respectfully requests that the Court enter an order granting the relief requested in this Motion, permitting Gateway to file its verified response to the Motion for Sanctions after the fourteen-day deadline prescribed by the Local Rule, and granting such other and further relief as is just.

August 20, 2020

Respectfully submitted,

Gateway Foundation, Inc.

An Illinois Not for Profit Corporation

By: */s/ Daniel A. Zazove*
Daniel A. Zazove (Bar ID: IL 3104117)
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603
312.324.8605

and

E. Rebecca Case (Bar ID: MO 38010)
Stone, Leyton & Gershman
7733 Forsyth Blvd.
Suite 500
St. Louis MO 63105
314.721.7011