IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| MICHAEL D. HOLCOMB, | ) | |
| | ) | BK No.  18-30179 |
| Debtor(s). | ) | |

## **ORDER**

THIS cause comes before the Court on the Gateway Foundation, Inc.'s ("Gateway") Motion for Leave to File Response. The Court being fully advised in the premises, IT IS ORDERED that the MOTION is GRANTED. Gateway is granted leave to immediately file its response[1] to the Debtor's Motion for Contempt.

IT IS FURTHER ORDERED, that Notice of Motion for Leave to File Response that was attached to Gateway's Motion is STRICKEN. Gateway is to appear **by phone** at the **telephonic hearing** on August 25, 2020 at 9:00 a.m. Gateway is directed to use the conference call information for telephonic bankruptcy court hearings posted on the Court's website (www.ilsb.uscourts.gov).

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 21, 2020

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/7

---

[1] The Court notes that Gateway's response was attached as Exhibit A to its Motion for Leave to File Response, but the response must be filed and docketed separately. Gateway must file this response immediately so that it can be addressed with the Debtor's Motion at the August 25, 2020 Hearing.