# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re:<br><br>MICHAEL D. HOLCOMB,<br><br>            Debtor. | BK 18-30179<br><br>In proceedings under Chapter 7<br><br>Honorable Judge Laura K. Grandy |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on August 24, 2020, Gateway Foundation, Inc, an Illinois Not for Profit Corporation filed the *Gateway Foundation's Verified Response to the Debtor's Motion Pursuant to 11 U.S.C. §524 Seeking Damages for Violations of the Discharge Injunction* and respectfully request to be heard at the continued hearing before the Honorable Judge Laura K. Grandy, on October 1, 2020, at 9:00 a.m.

August 24, 2020                                                          Respectfully submitted,

                                                                                    Gateway Foundation, Inc.
                                                                                    An Illinois Not for Profit Corporation

                                                 By:        */s/ Daniel A. Zazove*
                                                                                    Daniel A. Zazove (Bar ID: IL 3104117)
                                                                                    Perkins Coie, LLP
                                                                                    131 South Dearborn Street
                                                                                    Suite 1700
                                                                                    Chicago, Illinois 60603
                                                                                    312.324.8605

                                                                                    and

                                                                                    E. Rebecca Case (Bar ID: MO 38010)
                                                                                    Stone, Leyton & Gershman
                                                                                    7733 Forsyth Blvd.
                                                                                    Suite 500
                                                                                    St. Louis MO 63105
                                                                                    314.721.7011