## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on August 24, 2020, he caused a true and correct copy of the ***Notice of Filing*** and ***Gateway Foundation's Verified Response to the Debtor's Motion Pursuant to 11 U.S.C. §524 Seeking Damages for Violations of the Discharge Injunction*** to be served electronically through the Court's CM/ECF electronic noticing system, as well as the foregoing pleadings, along with Judge Grandy's Order (dkt. 90) via United States Postal Service First Class Mail upon the parties below.

                                                                                             */s/ Daniel A. Zazove*
                                                                                             Daniel A. Zazove

## SERVICE LIST

Ronald A. Buch
Kimberly D. Litherland
Law Office of Ronald A. Buch, LLC
5312 West Main Street
Belleville, Illinois 62226

Michael D. Holcomb
2400 Renois Ln.
Cahokia, IL 62206