**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| MICHAEL D. HOLCOMB, | ) | |
| | ) | |
| Debtor. | ) | BK    18-30179 |
| | ) | |

**AGREED ORDER RESOLVING DEBTOR'S MOTION**
**PURSUANT TO 11 U.S.C. § 524 SEEKING DAMAGES FROM GATEWAY**
**FOUNDATION, INC. FOR VIOLATIONS OF THE DISCHARGE INJUNCTION**

The parties announce to the Court that they have reached an agreement concerning the Debtor's Motion Pursuant to 11 U.S.C. § 524 Seeking Damages from Gateway Foundation, Inc. for Violations of the Discharge Injunction, the terms and conditions of which are as follows:

1. The parties have reached an agreement to resolve this matter.

2. The Creditor shall refrain from all attempts to collect on this debt personally and individually against the Debtor, including, but not limited to, contacting the Debtor.

3. The Motion Pursuant to 11 U.S.C. § 524 Seeking Damages from Gateway Foundation, Inc. for Violations of the Discharge Injunction is hereby dismissed with prejudice.

Counsel for the moving party shall serve a copy of this Order by mail to all interest parties who were not served electronically.

ENTERED: October 13, 2020

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/7

Agreed to:

/s/ Ronald A. Buch                    /s/ Daniel A. Zazove
Debtor's Counsel                       Counsel for Gateway Foundation, Inc.